for dower or for the foreclosure of a mortgage or for the partition of real property if adequate relief can thus be attained. If a marketable title cannot be obtained as is claimed by the plaintiff in its bill of particulars, there is no reason why this property should be tied up by *lis pendens* and the defendant prevented from giving the title to others which the plaintiff has rejected. The order should, therefore, be reversed, with ten dollars costs and disbursements, and the motion granted, without costs.

---

AUGUST MIETZ CORPORATION, Respondent, v. SCOTT L. LIBBY & Co., INC., Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.

HUGH M. CREIGHTON, Respondent, v. CHARLES E. POPE, Impleaded with CLYDE WALTER POPE and Another, Appellants.— Judgments affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THOMAS McINTYRE, Respondent, v. AARON REUBEN, Appellant.— Judgment reversed and a new trial ordered, with costs to appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $500; in which event the judgment as so modified is affirmed, with costs of this appeal to the respondent. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

NATHAN FEINMANN, Respondent, v. HOLSAM Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Clarke, P. J., and Greenbaum, J., dissenting.

MARTIN BERGER, as Administrator, etc., of MILTON H. BERGER, Deceased, Respondent, v. THE UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB RUPPERT REALTY CORPORATION, Respondent, v. JACOB A. CANTOR and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1918.)— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB RUPPERT REALTY CORPORATION, Respondent, v. JACOB A. CANTOR and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1919.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB RUPPERT REALTY CORPORATION, Respondent, v. JACOB A. CANTOR and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1920.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ARTURO CAMBURO, an Infant, by LEONARDO CAMBURO, His Guardian ad Litem, Appellant, v. JOHN BOLLA, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ITALBO DE MARTINO, an Infant, by DOMENICO DE MARTINO, His Guardian